# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                          Case Number:  6:95-CR-190-ORL-19UAM

**JOSEPH CHARLES SMITH**
                                              USM Number: 18133-018

                                              Michelle P. Smith, FPD

---

## JUDGMENT IN A CRIMINAL CASE
### For Revocation Supervised Release

The defendant admitted guilt to violation charge numbers One, Two and Three of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New conviction for conduct, Possession of Cocaine, occurring while on supervision in violation of the conditions of supervision. | May 23, 2006 |
| Two | New conviction for conduct, Possession of Cocaine, occurring while on supervision in violation of the conditions of supervision. | June 20, 2006 |
| Three | New conviction for conduct, Possession of Cocaine, occurring while on supervision in violation of the conditions of supervision. | May 30, 2006 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/3/2007

PATRICIA C. FAWSETT
**CHIEF UNITED STATES DISTRICT JUDGE**

July ___ ,2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

JOSEPH CHARLES SMITH
6:95-CR-190-ORL-19UAM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months**.  The term of imprisonment imposed shall run **consecutively** with the defendant's terms of imprisonment already imposed in Docket Numbers 2006-33501CFAES, 2006-33502CFAES and 2006-33503CFAES, Volusia County Circuit Court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

**DOCKET NO:** 6:95-CR-190-ORL-19UAM

**Original Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. _93_, filed March 13, 2007), Report and Recommendation of the United States Magistrate Judge (Doc. No. _108_, filed June 15, 2007) and Order to Show Cause at Final Revocation Hearing (Doc. No. _110_, filed June 19, 2007) at a hearing held July 3, 2007, attended by the Defendant, counsel for the Defendant, and counsel for the Government. The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved or ___~~rejected~~.

**Adjudication**

The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: <u>Yes</u>    or    <u>No</u>

|  ☑ | ☐ | 1) | New conviction for conduct, Possession of Cocaine, occurring on May 23, 2006, while on supervision in violation of the conditions of supervision (Grade B Violation) |
| ☑ | ☐ | 2) | New conviction for conduct, Possession of Cocaine, occurring on May 30, 2006, while on supervision in violation of the conditions of supervision (Grade B Violation) |
| ☑ | ☐ | 3) | New conviction for conduct, Possession of cocaine, occurring on June 20, 2006 while on supervision in violation of the conditions of supervision (Grade B Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines are:

___B___ is the Highest Grade violation, and

___II___ is the original Criminal History Category, which calls for

_6_ to _12_ months imprisonment, and

___5___ (years/~~months~~) is the Maximum Statutory penalty, and

___5___ (years/~~months~~) is the Maximum Statutory term of Supervised Release

1

**Objections**         Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

## SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or have waived the opportunity to do so.

**Adoption of Report and Recommendation**    The Report and Recommendation of the United States Magistrate Judge (Doc. No. _108_ ) is **ADOPTED AND APPROVED**, there being no objection filed.

**Petition Granted**    The Petition on Probation and Supervised Release (Doc. No. _93_ ) is **GRANTED** and the defendant's supervised release (Doc. No. _48_, filed _January 25, 1996_ ) is: _revoked._

**Revoked**    The Court therefore **ORDERS** that the defendant's is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of _____ **YEARS/MONTHS**. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines.

**Consecutive**    The term(s) of imprisonment imposed by this judgment shall run consecutively

2

**Federal/State**      with the defendant's term(s) of imprisonment already imposed or ~~as yet to be~~ imposed ~~in any future~~ sentence in Docket Number(s) 2006-33501CFAES, 2006-33502CFAES and 2006-33503CFAES, Volusia County Circuit Court.

**Remand To Custody**           The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

OR

**Voluntary Surrender**           The defendant may voluntarily surrender, at the defendants own expense, at the institution designated by the Bureau of Prisons on or before Friday,_____. If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the Office of the United States Marshal on _____ to be taken into custody. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following condition:

                  The defendant is ordered to immediately proceed to the Office of the  United States Marshal for processing and  further instructions.

**Recommendation to Bureau of Prisons**           While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities:

3

**No New term of
Supervised
Release**

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

OR

**New term of
Supervised
Release**

Upon release from imprisonment, the defendant shall serve a _____ **YEARS/MONTHS** term of Supervised Release.  While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida.  In addition, the defendant shall comply with the following special conditions:

OR

**Reinstated to
Supervised
Release**

The defendant is hereby reinstated to supervision. All previous special conditions remain intact.

The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of_____.  All previously ordered special conditions remain intact.

The defendant is hereby reinstated to supervision.  The terms of supervision are modified to include the following special conditions:

**SPECIAL CONDITIONS**

**Home
Detention**

The defendant shall participate in the Home Detention program for a period of

4

___ days.  During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office.  The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office.  Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC/CCC Confinement**

The defendant shall reside in a Residential Re-entry Center for a period of ____ days\months and shall observe the rules of that facility.  The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at his own expense before entering the program.

**RRC/CSC Confinement**

The defendant shall reside in a Residential Re-entry Sanctions Center for a period of ____ days\months and shall observe the rules of that facility.  While at the

center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff.

**Financial**

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information.

**Community Service**

The defendant shall perform _____ hours of community service.

**Mandatory Drug Testing**

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

**Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines**

In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statement issued by the U.S. Sentencing Commission in imposing sentence.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Appeal of Sentence**

The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk**

The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.

6